

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ARNOLD NAEEM WILLIAMS

Criminal Action

No. 03-209-01

FILED
MAY 12 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 11th day of May, 2009, after considering Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), (Doc. 217), it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Lauren\Crack Resentencing\williams order.wpd